```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A01-0145--CR (JWS)
                                      "USA V RAYMOND T. EPPS"
                                      DEF 1.1 EPPS, RAYMOND T.

                     Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
                Filed: 10/12/01
               Closed: 01/16/02
   No. of Defendants: 1
       MJ Case Number:
                  AKA:
      Location status: Not specified
           Trial date:
           Terminated: YES
    Needs interpreter: NO
    Counsel of record: None specified


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: Stephan A. Collins
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      FAX 907-271-1500
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial


   Counts re: DEF 1.1 EPPS, RAYMOND T.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 INF | 1 | 18:1001 FALSE STATEMENTS (F) | Terminated |
| 4 -   1 | 1-S | 18:1919 FALSE STATEMENTS TO OBTAIN UNEMPLOYMENT COMPENSATION FOR FEDERAL SERVICE (M) | Transferred (9-2) |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A01-0145--CR (JWS)
                            "USA V RAYMOND T. EPPS"

                               For all filing dates
```

   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 10/12/01
            Closed: 01/16/02
No. of Defendants: 1


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 10/12/01 | [Re: DEF 1] PLF 1 Information. |
| NOTE - 1 | 10/15/01 | Issued: Summons. |
| 2 - 1 | 10/15/01 | [Re: DEF 1] AHB Minute Order that arr is set 2:00 p.m., 11/15/01. cc: USA, USM, PO, Def (by USM) |
| NOTE - 2 | 10/16/01 | Issued: Proposed Trial Date Setting for Arr to JWS CMC. |
| 3 - 1 | 10/31/01 | USM Return of svc of summons re: DEF 1 on 10/25/01. |
| 4 - 1 | 11/06/01 | [Re: DEF 1] PLF 1 Superseding information. |
| NOTE - 3 | 11/08/01 | Issued: Summons re: 1/4/02. |
| 5 - 1 | 11/08/01 | [Re: DEF 1] AHB Minute Order that in light of the filing of the SInfo arr on Felony Info set 11/15/01 is VACATED and RESET as arr on SInfo at 2:00 p.m., 1/4/02.  cc:  USA, USM, PO, DEF (by USM) |
| NOTE - 4 | 11/13/01 | Issued: Proposed Trial Date Setting for 1/4/02 Arr to JWS CMC. |
| 6 - 1 | 12/21/01 | [Re: DEF 1] PLF 1 Status Repor. |
| 7 - 1 | 01/04/02 | [Re: DEF 1] AHB Court Minutes [ECR: Debby Willoughby-Lyons] re Arr on SInfo (held 1/4/02); cont arr set for 2/1/02 at 2:00 p.m. cc:USA, USM, USPO |
| 8 - 1 | 01/11/02 | USM Return of summons unexecuted. |
| 9 - 1 | 01/15/02 | Certified copy of DEF 1 Consent to Transfer/Rule 20. |
| 9 - 2 | 01/16/02 | [Re: DEF 1] Statistical JWS Judgment rule 20(a)/20 transfer count(s) 1S of document (4-1). |
| 10 - 1 | 01/16/02 | [Re: DEF 1] AHB Minute Order that in light of filing of consent to transfer (dkt 9) arr set 2/1/02 is VACATED.  cc: USA, USM, PO, Judge Sedwick |